UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE WHITE HAT, RAMON MEJÍA, KAREN SAVAGE, SHARON LAVIGNE, HARRY JOSEPH, KATHERINE AASLESTAD, PETER AASLESTAD, THEDA LARSON WRIGHT, ALBERTA LARSON STEVENS, JUDITH LARSON HERNANDEZ, RISE ST. JAMES, 350 NEW ORLEANS, and LOUISIANA BUCKET BRIGADE<br>**Plaintiffs**<br><br>**VERSUS**<br><br>JEFF LANDRY, in his official capacity as Attorney General of Louisiana; BO DUHÉ, in his official capacity as District Attorney of the 16th Judicial District Attorney's Office; RONALD J. THERIOT, in is official capacity as Sheriff of St. Martin Parish<br>**Defendants** | CIVIL ACTION<br><br>NO. 3:19-cv-00322-JWD-EWD<br><br>JUDGE<br>JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS FILED ON BEHALF OF M. BOFILL DUHÉ IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 16TH JUDICIAL DISTRICT, STATE OF LOUISIANA

**NOW INTO COURT**, through undersigned counsel, comes **M. Bofill Duhé, in his official capacity as District Attorney for the 16th Judicial District, State of Louisiana** (incorrectly named in the Complaint as "Bo Duhé") ("Movant"); and on suggesting to the Court that said Movant, out of an abundance of caution, appears specially herein solely for the purpose of bringing this motion and expressly reserving all of his defenses and/or motions under Rule 12 of the Federal Rules of Civil Procedure or otherwise, including, but not limited to, insufficiency of service of process;

546.0315

On further suggesting to the Court that on or about May 23, 2019 said Movant was purportedly served with a "Complaint for Declaratory and Injunctive Relief", and that responsive pleadings would be due on June 13, 2019; and on further suggesting to the Court that undersigned counsel has just been retained and that additional time is required to inquire into the facts presented in order to properly and adequately file responsive pleadings in these proceedings; and therefore Movant respectfully requests an extension of time of twenty-one (21) days from June 13, 2019 in which to file responsive pleadings on behalf of M. Bofill Duhé, his official capacity as District Attorney for the 16th Judicial District, State of Louisiana; that is, up and including July 5, 2019.

Pursuant to Local Civil Rule 7 (a) Movant certifies that this is the first extension of time requested and that no objection to such extension has been previously filed in the record.

**WHEREFORE**, it is prayed that **M. Bofill Duhé, in his official capacity as District Attorney for the 16th Judicial District, State of Louisiana,** be granted an extension of time of twenty-one (21) days; that is, up to and including July 5, 2019, to file motions and/or other responsive pleadings in this matter as set forth hereinabove; and further be granted such other general and equitable relief as the Court may deem appropriate.

Respectfully submitted,

*s/ Ralph R. Alexis, III*
Ralph R. Alexis, III, T.A. (2379)
Glenn B. Adams (2316)
Corey D. Moll (34245)
**PORTEOUS, HAINKEL AND JOHNSON, LLP**
704 Carondelet Street
New Orleans, LA 70130-3774
Phone: (504) 581-3838
Fax: (504) 581-4069
E-mail: ralexis@phjlaw.com
E-mail: gadams@phjlaw.com
*Counsel for M. Bofill Duhé, his official capacity as District Attorney for the 16th Judicial District, State of Louisiana*

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that on **June 12, 2019** a copy of the above and foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record unless indicated otherwise.

<i>s/ Ralph R. Alexis, III</i><br>
<b>RALPH R. ALEXIS, III</b>