UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

---

ANNE WHITE HAT, RAMON MEJÍA, KAREN SAVAGE, SHARON LAVIGNE, HARRY JOSEPH, KATHERINE AASLESTAD, PETER AASLESTAD, THEDA LARSON WRIGHT, ALBERTA LARSON STEVENS, JUDITH LARSON HERNANDEZ, RISE ST. JAMES, 350 NEW ORLEANS, and LOUISIANA BUCKET BRIGADE

     Plaintiffs,

v.

JEFF LANDRY, in his official capacity as Attorney General of Louisiana; BO DUHÉ, in his official capacity as District Attorney of the 16th Judicial District Attorney's Office; RONALD J. THERIOT, in his official capacity as Sheriff of St. Martin Parish,,

     Defendant.

Civil Action No. 19-cv-322-JWD-EWD

---

## PLAINTIFF'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-referenced matter, who move this Court for an order allowing Plaintiffs' counsel to appear telephonically at the status conference scheduled for September 11, 2019 before Judge John W. deGravelles, and who, in support thereof, represent as follows:

1. On July 29, 2019, this Court set a status conference to be held at 9:30 AM on September 11, 2019 before Judge. John W. deGravelles.

2. Counsel for Plaintiffs Pamela C. Spees and Astha Sharma Pokharel are located in New York, NY, and Counsel for Plaintiffs William Quigley is located in New Orleans, LA.

3. Because of pre-existing obligations, it will be difficult for Counsel for Plaintiffs to travel to Baton Rouge for this status conference.

4. On August 27, 2019, counsel for Plaintiffs contacted Counsel for Defendants to seek consent for this motion. Counsel for Defendants responded that they do not oppose this motion.

WHEREFORE, Plaintiffs request that Plaintiffs' counsel be allowed to appear telephonically at the status conference scheduled for September 11, 2019 at 9:30 AM.

Respectfully submitted,

/s/Pamela C. Spees_____
Pamela C. Spees (La. Bar Roll No. 29679)
Astha Sharma Pokharel (admitted *pro hac vice*)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel and Fax: (212) 614-6431
pspees@ccrjustice.org
asharmapokharel@ccrjustice.org

William Quigley (La. Bar Roll No. 7769)
Professor of Law
Loyola University College of Law
7214 St. Charles Avenue
New Orleans, LA 70118
Tel. (504) 710-3074
Fax (504) 861-5440
quigley77@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record unless indicated otherwise.

/s/Pamela C. Spees____
Pamela C. Spees