UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE WHITE HAT, RAMON MEJIA, KAREN SAVAGE, SHARON LAVIGNE, HARRY JOSEPH, KATHERINE AASLESTAD, PETER AASLESTAD, THEDA LARSON WRIGHT, ALBERTA LARSON STEVENS, JUDITH LARSON HERNANDEZ, RISE ST. JAMES, 350 NEW ORLEANS, and LOUISIANA BUCKET BRIGADE, <br><br> *Plaintiffs,* <br><br> v. <br><br> JEFF LANDRY, in his official capacity as Attorney General of Louisiana, BO DUHE, in his official capacity as District Attorney of the 16th Judicial District Attorney's Office; RONALD J. THERIOT, in his official capacity as Sheriff of St. Martin Parish, <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 19-CV-00322 <br><br> JUDGE JOHN W. deGRAVELLES <br><br> MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## ATTORNEY GENERAL JEFF LANDRY'S MOTION TO DISMISS

Attorney General Jeff Landry, sued in his official capacity, moves to dismiss pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6) on the basis of lack of subject matter jurisdiction, including sovereign immunity and lack of standing; improper venue; and failure to state a claim.

This motion is based on the supporting memorandum of law; the declarations of Joseph Scott St. John, Jeff Landry, M. Bofill Duhe, and Ronald Theriot, together with the exhibits thereto; documents of record; any argument of counsel; and such other evidence and argument on which the Court may properly rely.

1

Dated: September 16, 2019	JEFF LANDRY
	  ATTORNEY GENERAL

	/s/ *Joseph Scott St. John*
	Elizabeth B. Murrill (La. Bar #20685)
	  *Solicitor General*
	Joseph S. St. John (La. Bar #36682)
	  *Deputy Solicitor General*

	Angelique D. Freel (La. Bar #28561)
	  *Civil Division Director*
	Ryan M. Seidemann (La. Bar #28991)
	  *Assistant Attorney General*
	Harry J. Vorhoff (La. Bar #35365)
	  *Assistant Attorney General*

	LOUISIANA DEPARTMENT OF JUSTICE
	1885 North Third Street
	Post Office Box 94005
	Baton Rouge, Louisiana 70804-9005
	Telephone No. 225-326-6766
	Facsimile No.  225-326-6793
	murrille@ag.louisiana.gov
	stjohnj@ag.louisiana.gov
	freela@ag.louisiana.gov
	seidemannr@ag.louisiana.gov
	vorhoffh@ag.louisiana.gov

	*Counsel for Attorney General Jeff Landry*

## **CERTIFICATE OF SERVICE**

**I CERTIFY** the foregoing was filed electronically and served on counsel for the parties by electronic notification by CM/ECF on September 16, 2019.

/s/ Joseph Scott St. John
_____