UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE WHITE HAT, RAMON MEJÍA, KAREN SAVAGE, SHARON LAVIGNE, HARRY JOSEPH, KATHERINE AASLESTAD, PETER AASLESTAD, THEDA LARSON WRIGHT, ALBERTA LARSON STEVENS, JUDITH LARSON HERNANDEZ, RISE ST. JAMES, 350 NEW ORLEANS, and LOUISIANA BUCKET BRIGADE<br>    Plaintiffs<br><br>VERSUS<br><br>JEFF LANDRY, in his official capacity as Attorney General of Louisiana; BO DUHÉ, in his official capacity as District Attorney of the 16th Judicial District Attorney's Office; RONALD J. THERIOT, in is official capacity as Sheriff of St. Martin Parish<br>    Defendants | CIVIL ACTION<br><br>NO. 3:19-cv-00322-JWD-EWD<br><br>JUDGE JOHN W. deGRAVELLES<br><br>MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

## DECLARATION OF DISTRICT ATTORNEY M. BOFILL DUHÉ

1. I, M. Bofill Duhé, do hereby make this declaration in support of various motions to dismiss filed in the above-captioned litigation. This declaration is based on my personal knowledge, and I could competently testify to its contents if called to do so.

2. On January 12, 2015, I assumed the Office of District Attorney for the Sixteenth Judicial District, State of Louisiana. I remain in that office.

3. The Sixteenth Judicial District is composed of the parishes of St. Mary, Iberia, and St. Martin. Further, the Parishes of St. Mary, Iberia, and St. Martin are located within the jurisdictional boundaries of the United States District Court for the Western District of Louisiana.

4. At all times since assuming the Office of the District Attorney for the Sixteenth Judicial District, I have resided in Iberia Parish, Louisiana.

5. I do not consent to jurisdiction or venue in the Middle District of Louisiana.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND LAWS OF THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Iberia Parish, Louisiana, this 12 day of September 2019.

_____
M. Bofill Duhé, District Attorney