UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNE WHITE HAT, et al | * | CIVIL ACTION NO. 19-CV-00322 |
| vs. | * | JUDGE JOHN W. deGRAVELLES |
| JEFF LANDRY, et al | * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

*************************************************************************

## SHERIFF'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, Sheriff Ronald Theriot, and moves to dismiss the Complaint on the following grounds:

1. Under Rule 12(b)(3), venue is not proper in the Middle District of Louisiana;

2. Under Rule 12(b)(1), Plaintiffs lack standing to obtain the relief they have demanded, thereby failing to establish subject matter jurisdiction; and

3. This Court should abstain from exercising jurisdiction with respect to criminal matters pending in the State Court.

Wherefore, Defendant, Sheriff Theriot, prays that after due proceedings are had herein, there be judgment dismissing the Complaint, or, alternatively, that the matter be transferred to the United States District Court for the Western District of Louisiana, and for all other general and equitable relief to which he may be entitled under the circumstances.

Respectfully submitted,

OATS & MARINO
A Partnership of Professional Corporations

   s/ Patrick McIntire
PATRICK B. McINTIRE (La. 17052)
100 E. Vermilion Street, Suite 400

Lafayette, La. 70501
Ph.  337-233-1100
pmcintire@oatsmarino.com
*Counsel for Sheriff Theriot*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: NONE.

_____s/ Patrick McIntire_____
**PATRICK B. McINTIRE**