# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNE WHITE HAT, et al | * | CIVIL ACTION NO. 19-CV-00322 |
| vs. | * | JUDGE JOHN W. deGRAVELLES |
| JEFF LANDRY, et al | * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JUDGMENT**

Considering the Motion to Dismiss filed by Defendant, Sheriff Ronald Theriot, and the grounds set forth in support thereof:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims by each Plaintiff against Sheriff Ronald Theriot be and are hereby dismissed, without prejudice.

Baton Rouge, Louisiana, this _____ day of _____, 2019.

_____
**HON. JOHN W. deGRAVELLES,**
**UNITED STATES DISTRICT JUDGE**